UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-60491-SINGHAL

THE NORTH FACE APPAREL CORP., *et al.*,

    Plaintiffs,

v.

THENORTHFACECLOTHING.SHOP, *et al.*,

    Defendants.

_____/

## FINAL DEFAULT JUDGMENT AND PERMANENT INJUNCTION

**THIS CAUSE** is before the Court on Plaintiffs' Motion for Entry of Final Default Judgment Against Defendants ("Motion") (DE [16]), filed herein on May 6, 2020. The Court granted the Motion in an Order entered separately today (DE [17]). Pursuant to Federal Rule of Civil Procedure 58(a), the Court enters this separate final judgment.

Accordingly, it is **ORDERED AND ADJUDGED** that Final Default Judgment is hereby **ENTERED** in favor of Plaintiffs, The North Face Apparel Corp., TBL Licensing LLC, and Vans, Inc. (collectively "Plaintiffs"), and against Defendants, the Individuals, Partnerships and Unincorporated Associations identified on Schedule "A" hereto (collectively "Defendants") as follows:

    1.    Permanent Injunctive Relief:

Defendants and their officers, agents, representatives, servants, employees, and attorneys, and all persons acting in concert and participation with Defendants are hereby permanently restrained and enjoined from:

        a.    manufacturing or causing to be manufactured, importing, advertising, or promoting, distributing, selling or offering to sell counterfeit and infringing goods bearing Plaintiffs' trademarks, or any confusingly

        similar trademarks identified in Paragraphs 20-21, 27, and 33 of the Complaint and Schedules "B" through "D" attached thereto (the "Plaintiffs' Marks");

b.    using the Plaintiffs' Marks in connection with the sale of any unauthorized goods;

c.    using any logo, and/or layout which may be calculated to falsely advertise the services or products of Defendants as being sponsored by, authorized by, endorsed by, or in any way associated with Plaintiffs;

d.    falsely representing themselves as being connected with Plaintiffs, through sponsorship or association;

e.    engaging in any act which is likely to falsely cause members of the trade and/or of the purchasing public to believe any goods or services of Defendants are in any way endorsed by, approved by, and/or associated with Plaintiffs;

f.    using any reproduction, counterfeit, copy, or colorable imitation of the Plaintiffs' Marks in connection with the publicity, promotion, sale, or advertising of any goods sold by Defendants;

g.    affixing, applying, annexing, or using in connection with the sale of any goods, a false description or representation, including words or other symbols tending to falsely describe or represent goods offered for sale or sold by Defendants as being those of Plaintiffs or in any way endorsed by Plaintiffs;

h.    otherwise unfairly competing with Plaintiffs;

i.    using the Plaintiffs' Marks, or any confusingly similar trademarks, within domain name extensions, metatags or other markers within website source code, from use on any webpage (including as the title of any web page), from any advertising links to other websites, from search engines' databases or cache memory, and from any other form of use of such terms which are visible to a computer user or serves to direct computer searches to websites registered by, owned, or operated by the Defendants; and

j.    effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth above.

2. Additional Equitable Relief:

    a. In order to give practical effect to the Permanent Injunction, the Subject Domain Names identified on Schedule "A" hereto, are hereby ordered to be immediately transferred by Defendants, their assignees and/or successors in interest or title, and the Registrars to Plaintiffs' control. To the extent the current Registrars do not facilitate the transfer of the Subject Domain Names to Plaintiffs' control within five (5) days of receipt of this Judgment, upon Plaintiffs' request, the top level domain (TLD) Registry for each of the Subject Domain Names, or their administrators, including backend registry operators or administrators, shall, within thirty (30) days, (i) change the Registrar of Record for the Subject Domain Names to a Registrar of Plaintiffs' choosing, and that Registrar shall transfer the Subject Domain Names to Plaintiffs, or (ii) place the Subject Domain Names on Registry Hold status for the life of the current registration, thus removing them from the TLD zone files maintained by the Registries which link the Subject Domain Names to the IP addresses where the associated websites are hosted;

    b. Plaintiffs may serve this injunction on any e-mail service provider with a request that the service provider permanently suspend the e-mail addresses identified on Schedule "B" hereto, which are used by Defendants in connection with Defendants' promotion, offering for sale, and/or sale of goods using counterfeits and/or infringements of the Plaintiffs' Marks;

    c. Plaintiffs may serve this injunction on any Internet search engines with a request that they permanently disable, deindex or delist any specific URLs identified by Plaintiffs, based upon Defendants' unlawful activities being conducted via the Subject Domain Names as a whole and via the URLs identified by Plaintiffs;

    d. Defendants, their agent(s) or assign(s), shall assign in writing all rights, title, and interest, to their Subject Domain Name(s) to Plaintiffs and, if within five (5) days of receipt of this Order Defendants fail to make such an assignment, the Court shall order the act to be done by another person appointed by the Court at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a); and

    e. Defendants, their agent(s) or assign(s), shall instruct in writing all search engines to permanently delist or deindex the Subject Domain Name(s) and, if within five (5) days of receipt of this Order Defendants fail to make such a written instruction, the Court shall order the act to be done by another person appointed by the Court

        at Defendants' expense, such as the Clerk of Court, pursuant to Federal Rule of Civil Procedure 70(a).

3. Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(c):

    a. Award Plaintiffs damages of $1,000,000.00 against each Defendant, for which let execution issue;

4. Statutory damages in favor of Plaintiffs pursuant to 15 U.S.C. § 1117(d) are determined to be:

    a. $10,000.00 against Defendant 1 - thenorthfaceclothing.shop, for which let execution issue;

    b. $10,000.00 against Defendant 12 - ipasviaosta.it, for which let execution issue;

    c. $100,000.00 against Defendant 15 - lojathenorthface.com, for which let execution issue;

    d. $10,000.00 against Defendant 19 - northfacejacket.us, for which let execution issue;

    e. $10,000.00 against Defendant 24 - dethenorthface.com, for which let execution issue;

    f. $20,000.00 against Defendant 25 - the-northface.us, for which let execution issue;

    g. $230,000.00 against Defendant 26 - thenorthfaceber.com, for which let execution issue;

    h. $150,000.00 against Defendant 27 - thenorthfacebd.com, for which let execution issue;

    i. $50,000.00 against Defendant 33 - ladiestimberlandboots.top, for which let execution issue;

    j. $10,000.00 against Defendant 42 - vansshoesoutlet.us, for which let execution issue.

5. Interest from the date this action was filed shall accrue at the legal rate. *See* 28 U.S.C. § 1961.

6. The Court retains jurisdiction to enforce this Judgment and permanent injunction.

7. Plaintiffs are ordered to serve a copy of this Order upon Defendants via e-mail to the e-mail addresses provided by each Defendant as part of the domain registration records for each of their respective domain names, including service via registrar, or directly on the Internet website operating under each of their respective corresponding domain names, including customer service email addresses and onsite contact forms; and by publicly posting a true and accurate copy of the foregoing on the Internet website appearing at http://servingnotice.com/vf3cp2o/index.html.

8. All scheduled hearings are **CANCELLED**. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Broward County, Florida, this 22nd day of May 2020.

RAAG SINGHAL  
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME

| Defendant Number | Defendant / Subject Domain Name |
|---|---|
| 1 | thenorthfaceclothing.shop |
| 2 | baysidebaseball.co.nz |
| 2 | newwavemedia.me |
| 3 | bigsalepog.icu |
| 4 | canavesiocasa.it |
| 5 | cayecolony.com |
| 5 | theflawsomeblog.com |
| 6 | cptfoggia.it |
| 7 | davidbel.es |
| 7 | harlemania.cz |
| 7 | instalbima.cz |
| 7 | komododragonfacts.com |
| 7 | tnfmontucuz.com |
| 8 | farmersmarketguru.com |
| 8 | kylmahuoltotammelin.com |
| 9 | gardensatgreenville.com |
| 10 | grandjany.es |
| 10 | tarazelectric.com |
| 11 | ildolcestringquartet.com |
| 12 | ipasviaosta.it |
| 12 | supersciezka.pl |
| 12 | tnfsportcz.com |
| 12 | tokyothenorthface.com |
| 13 | izmitboschservisi.com |
| 13 | viaggiaconlisa.com |
| 14 | kitchenaidm.com |
| 15 | lojathenorthface.com |
| 15 | thenorthfacebolt.com |
| 15 | thenorthfacebudapest.com |
| 15 | thenorthfacehu.com |
| 15 | thenorthfacejakketilbud.com |
| 15 | thenorthfacept.com |
| 15 | thenorthfacerea.com |
| 15 | thenorthfacesingapore.com |
| 15 | thenorthfacesk.com |
| 15 | thenorthfacetilbud.com |
| 15 | thfsaleoutlet.com |
| 16 | mohr-bau.de |

| | |
|---|---|
| 17 | nomsainteriors.com |
| 19 | northfacejacket.us |
| 19 | north-facejacket.us |
| 19 | northfacejacketsoutlet.us |
| 19 | northfaceoutlet.co.uk |
| 19 | thenorthface-jacke.de |
| 20 | pflugervilleyoga.com |
| 20 | punditbear.com |
| 21 | progettosfida.it |
| 22 | sancarloslearningcenter.com |
| 23 | snapfresh.in |
| 24 | dethenorthface.com |
| 24 | srhl.se |
| 25 | the-northface.us |
| 25 | thenorthfacejackets.co.uk |
| 26 | thenorthfaceber.com |
| 26 | thenorthfacebji.xyz |
| 26 | thenorthfacebsu.com |
| 26 | thenorthfacebth.xyz |
| 26 | thenorthfacecde.xyz |
| 26 | thenorthfacecdt.com |
| 26 | thenorthfacecsh.com |
| 26 | thenorthfacecun.xyz |
| 26 | thenorthfacedtm.xyz |
| 26 | thenorthfacekqo.xyz |
| 26 | thenorthfacemko.xyz |
| 26 | thenorthfaceoan.xyz |
| 26 | thenorthfacepes.com |
| 26 | thenorthfacepmo.com |
| 26 | thenorthfaceryz.com |
| 26 | thenorthfacesen.com |
| 26 | thenorthfacesrv.com |
| 26 | thenorthfacetsc.com |
| 26 | thenorthfacevbk.com |
| 26 | thenorthfacexin.com |
| 26 | thenorthfacexzt.xyz |
| 26 | thenorthfaceyre.xyz |
| 26 | thenorthfacezsu.com |
| 27 | thenorthfacebd.com |
| 27 | thenorthfacebl.com |
| 27 | thenorthfacebu.com |
| 27 | thenorthfacecloth.com |
| 27 | thenorthfacelsz.com |

| 27 | thenorthfacemmh.com |
|---|---|
| 27 | thenorthfacero.com |
| 27 | thenorthfacerr.com |
| 27 | thenorthfacerz.com |
| 27 | thenorthfacesv.com |
| 27 | thenorthfaceuk.com |
| 27 | thenorthfaceye.com |
| 27 | thenorthfacezx.com |
| 27 | thenorthfacezz.com |
| 27 | thenorthfacerem.com |
| 28 | wceconsult.com |
| 29 | 260study.com |
| 29 | aliteraryromance.com |
| 31 | exclusive-rent.fr |
| 32 | frantalia.co.nz |
| 33 | ladiestimberlandboots.top |
| 33 | timberland.com.co |
| 33 | timberlandfemme.top |
| 33 | timberlandforsale.top |
| 33 | timberlands.top |
| 34 | ndaboinetours.com |
| 35 | olicom-online.com |
| 36 | osteobiom.com |
| 37 | searsportblacksmith.com |
| 38 | teakfarmforsale.com |
| 39 | 618shoe.com |
| 40 | aam77.fr |
| 40 | agence-minimale.fr |
| 40 | aube-asso.fr |
| 40 | bibliodro.pl |
| 40 | bronystuff.fr |
| 40 | europace.fr |
| 40 | licence-bar.fr |
| 40 | marymartin.fr |
| 40 | monempreintepositive.fr |
| 40 | petjada.es |
| 40 | saintemariedulac.fr |
| 40 | secondland.pl |
| 40 | yabiladi.fr |
| 41 | blueplanet-cafe.com |
| 42 | vansshoesoutlet.us |

## SCHEDULE "B"
## E-MAIL ADDRESSES USED IN CONNECTION WITH THE SALE OF
## <u>COUNTERFEIT GOODS BEARING THE PLAINTIFFS' MARKS</u>

| |
|---|
| serviceonline.karen@gmail.com |
| serviceonline.Aline@outlook.com |
| serviceonline.cindy@gmail.com |
| emilyservice0@gmail.com |
| Demi.Serviceonline.mary@gmail.com |
| linda@gmail.com |
| izqpqv74787@gmail.com |
| timberlandoutlet@outlook.com |
| watchesoem@outlook.com |
| allenwatches2@hotmail.com |
| ramonmarshall@hotmail.com |